# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**JANAFER SHABA,**

    Plaintiff,      **Case No. 17-10827**
                            **Hon. Bernard A. Friedman**
v.                            **Magistrate Judge Stephanie Dawkins Davis**

**WILLIAM BEAUMONT HOSPITAL,**
**d/b/a BEAUMONT HEALTH SYSTEM,**
a domestic nonprofit corporation,

    Defendant.

_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties, Plaintiff's Complaint is dismissed in its entirety with prejudice and without the payment of costs, interest, or attorneys' fees by any party.

**IT IS SO ORDERED**.

Dated: January 10, 2018          s/Bernard A. Friedman
      Detroit, Michigan           BERNARD A. FRIEDMAN
                                               SENIOR UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 10, 2018.

                                                       s/Johnetta M. Curry-Williams
                                                       Case Manager

Approved as to form and substance:

**BURGESS, SHARP, & GOLDEN, PLLC**

By:   /s/ Syeda F. Davidson
      **Syeda F. Davidson (P72801)**
43260 Garfield Road, Suite 280
Clinton Township, MI 48083
(586) 226-2627
syeda@bsglawfirm.com
**Attorneys for Plaintiff**

**THE MURRAY LAW GROUP, P.C.**

By:   /s/ Susan H. Hiser
      **Susan Hartmus Hiser (P45681)**
31780 Telegraph Road, Suite 200
Bingham Farms, MI 48025
(248) 540-8019
shiser@murraylawpc.com
**Attorneys for Defendant**